IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

05 JUN -1 AM 10: 15

HOME DESIGN SERVICES, INC.,

vs.

SPARKMAN HOME BUILDERS, LLC,
DANNY J. SPARKMAN, RICHARD L.
TILLMAN, JAN M. TILLMAN, NICK C.
LIBERATORE and ROBIN L. LIBERATORE,

Defendants.

Case No. 03-2709 DP

## MOTION TO EXTEND DEADLINE FOR MEDIATION

Comes now the Defendants, Nick C. Liberatore and Robin L. Liberatore, by and through their attorney of record, and respectfully moves this Court to extend the deadline for mediation regarding this dispute based upon the following facts:

1. All parties mutually agreed upon mediation that was duly scheduled for May 31, 2005 before mediator Clifton Lipman. A conflict has arisen which prevented these Defendants from being able to be in Memphis, Shelby County, Tennessee, on this mediation date, necessitating cancellation of the scheduled mediation.

2. All parties are in agreement that mediation should be pursued and all parties have agreed to be present and mediate the issues involved in this lawsuit on June 21, 2005 before mediator Clifton Lipman.

MOTION GRANTED _____
U.S. MAGISTRATE JUDGE

May 26, 2005
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-7-05

WHEREFORE, PREMISES CONSIDERED, Defendants, Nick C. Liberatore and Robin L. Liberatore, respectfully move this Court to extend the deadline regarding mediation to allow the parties to complete mediation of this case on June 21, 2005.

Respectfully submitted,

KIRKPATRICK AND MOORE

_____
SCOTT L. KIRKPATRICK, III  #7928
Attorney for Nick & Robin Liberatore
100 N. Main Bldg., Suite 2900
Memphis, TN  38103
(901) 523-2161

## CERTIFICATE OF SERVICE

The undersigned hereby certify that a true copy of the foregoing Motion to Extend Time for Mediation has been mailed, via U.S. Mail, postage prepaid, to:

Mr. Jon D. Parrish, Esq.
3431 Pine Ridge Rd., Suite 101
Naples, FL  34109

Ms. Lauren L. Holloway, Esq.
5100 Poplar Ave., Suite 501
Memphis, TN  38137

This _27_ day of May, 2005

_____
Scott L. Kirkpatrick, III

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:03-CV-02709 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Floyd S. Yarnell
PARRISH WHITE & LAWHON, PA
3431 Pine Ridge Rd.
Ste. 101
Naples, FL 34109

Jon D. Parrish
PARRISH WHITE & LAWHON, PA
3431 Pine Ridge Rd.
Ste. 101
Naples, FL 34109

Carol M. Hayden
LAW OFFICE OF CAROL M. HAYDEN
5100 Poplar Ave.
Ste. 501
Memphis, TN 38137

Henry Warren Miller
MILLER LAW FIRM
3569 Summer Avenue
Memphis, TN 38122--917

Scott L. Kirkpatrick
KIRKPATRICK MOORE & WESTBROOK
100 N. Main Street
Ste. 2900
Memphis, TN 38103

Martin W. Zummach
SPARKMAN ZUMMACH, P.C.
P.O. Box 266
Southaven, MS 38671--026

Honorable Bernice Donald
US DISTRICT COURT