IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| HOME DESIGN SERVICES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civ. No. <u>03-2709-D/P</u> |
| | ) | |
| SPARKMAN HOME BUILDERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER DENYING AS MOOT DEFENDANTS' MOTION TO COMPEL

Before the court is defendants' motion to compel, filed May 26, 2005. (dkt #55). The court set the matter for a hearing for June 30, 2005. By letter dated June 29, 2005, counsel for the defendant informed the court that the parties have resolved the discovery disputes at issue in the motion to compel, and that the hearing would be unnecessary at this time. For these reasons, the motion is DENIED as moot.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

June 30, 2005
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-1-05.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 61 in case 2:03-CV-02709 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

Carol M. Hayden
LAW OFFICE OF CAROL M. HAYDEN
5100 Poplar Ave.
Ste. 501
Memphis, TN 38137

Floyd S. Yarnell
PARRISH WHITE & LAWHON, PA
3431 Pine Ridge Rd.
Ste. 101
Naples, FL 34109

Jon D. Parrish
PARRISH WHITE & LAWHON, PA
3431 Pine Ridge Rd.
Ste. 101
Naples, FL 34109

Henry Warren Miller
MILLER LAW FIRM
3569 Summer Avenue
Memphis, TN 38122--917

Martin W. Zummach
SPARKMAN ZUMMACH, P.C.
P.O. Box 266
Southaven, MS 38671--026

Scott L. Kirkpatrick
KIRKPATRICK MOORE & WESTBROOK
100 N. Main Street
Ste. 2900
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT