IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**HOME DESIGN SERVICES,**

    **Plaintiffs,**

v.                               **Docket No. 03-2709**

**SPARKMAN HOME BUILDERS, LLC,
DANNY J. SPARKMAN, RICHARD L.
TILLMAN, AND ROBBIN TILLMAN,**

    **Defendants.**

---

### ORDER OF COMPROMISE AND DISMISSAL WITH PREJUDICE AS TO DEFENDANTS, SPARKMAN HOME BUILDERS, LLC AND DANNY J. SPARKMAN ONLY

---

In this cause came the Plaintiff, Home Design Services, Inc. and the Defendants, Sparkman Home Builders, LLC and Danny J. Sparkman, who represented to the Court that all matters, issues and controversies by and between them have been compromised and settled out of Court, and that by virtue of said compromise and settlement agreement, the suit of the Plaintiff, Home Design Services, Inc. as to the Defendants, Sparkman Home Builders, LLC and Danny J. Sparkman ONLY is dismissed in bar of the right of the Plaintiff to re-institute said suit against them.

It is therefore, **ORDERED** that the suit of the Plaintiff Home Design Services, Inc, herein against the Defendants, Sparkman Home Builders, LLC and Danny J. Sparkman ONLY, be and the same hereby is dismissed, with prejudice, in bar of the right of Plaintiff to re-institute said suit against them.

Entered this the 12 day of August 2005.

                                      BERNICE B. DONALD
                                      UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-16-05

1

APPROVED FOR ENTRY:

PARRISH, WHITE & LAWHORN, P.A.

_____
John D. Parish (Florida Bar #984329)
Attorney for Plaintiff
3431 Pine Ridge Road, Suite 101
Naples, Florida 34109
239-566-2013


LAW OFFICE OF LAUREN HOLLOWAY

_____
Lauren L. Holloway (#013276)
Attorney for Defendant Sparkman Home Builders &
Danny J. Sparkman
5100 Poplar Avenue, Suite 501
Memphis, Tennessee 38137
901-680-7660

## CERTIFICATE OF SERVICE

I hereby certify that I have placed a true copy of the foregoing pleading in the United States Mail, first class postage, upon all counsel in this matter, on this the 8th day of ~~July~~ August 2005 at the following address:

Scott Kirkpatrick, III,
100 North Main, Suite 2900
Memphis, Tennessee 38103

_____
Lauren Holloway

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 73 in case 2:03-CV-02709 was distributed by fax, mail, or direct printing on August 16, 2005 to the parties listed.

---

Carol M. Hayden
LAW OFFICE OF CAROL M. HAYDEN
5100 Poplar Ave.
Ste. 501
Memphis, TN 38137

Jon D. Parrish
PARRISH WHITE & LAWHON, PA
3431 Pine Ridge Rd.
Ste. 101
Naples, FL 34109

Scott L. Kirkpatrick
KIRKPATRICK MOORE & WESTBROOK
100 N. Main Street
Ste. 2900
Memphis, TN 38103

Henry Warren Miller
MILLER LAW FIRM
3569 Summer Avenue
Memphis, TN 38122--917

Martin W. Zummach
SPARKMAN ZUMMACH, P.C.
P.O. Box 266
Southaven, MS 38671--026

Floyd S. Yarnell
PARRISH WHITE & LAWHON, PA
3431 Pine Ridge Rd.
Ste. 101
Naples, FL 34109

Honorable Bernice Donald
US DISTRICT COURT